IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) 4:08CR3059 |
| v. | ) |
| | ) |
| JAYRO A. FLORES, | ) |
| | ) MEMORANDUM AND ORDER |
| Defendant. | ) |
| | ) |

A hearing was held before me this date on allegations made in the petition for action on conditions of pretrial release, [filing 53](#). The defendant was present with counsel, and was advised of his rights. The defendant stood mute, which I therefore took as a denial. Evidence was adduced from which I find that the allegation of violation of the order of release is true.

Regarding disposition, the government sought detention. The defendant proposed release to a half-way house situation or environment. I conclude that detention is appropriate.

IT THEREFORE HEREBY IS ORDERED,

1. The previous order of release, [filing 18](#), is revoked, and the defendant shall be detained in the custody of the United States Marshal until further order.

2. Pretrial Services shall obtain the report of the substance abuse evaluation previously conducted and provide copies to the court and counsel.

DATED September 25, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge