IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:08CR3059 |
| JAYRO A. FLORES, | ) ) ) |
| Defendant. | ) ) |

**ORDER**

THIS MATTER comes before this Court on defendant's Motion to Continue his Sentencing Statement, filing 87. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that the defendant shall file his Sentencing Statement no later than Wednesday, January 14, 2009.

Dated this 12th day of January, 2009.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge