UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3059 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| | ) | |
| JAYRO FLORES, | ) | |
| JULIO FLORES-ELENES, | ) | |
| | ) | |
| Defendants. | ) | |

NOW ON THIS 11ᵗʰ day of February, 2009, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture. The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On November 12, 2008, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 21, United States Code, Sections 846 and 853, based upon the Defendant's plea of guilty to Counts I and II of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in a Chrysler Pacific, Indiana license plate CG212, was forfeited to the United States.

2. Notice of Criminal Forfeiture was posted on an official Government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning on November 17, 2008, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. A Declaration of Publication was filed herein on January 20, 2009 (Filing No. 93).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4.  The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A.  The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B.   All right, title and interest in and to the Chrysler Pacific, Indiana license plate CG212,
held by any person or entity, is hereby forever barred and foreclosed.

C.  The Chrysler Pacific, Indiana license plate CG212, be, and the same hereby is, forfeited
to the United States of America .

D.  The United States Marshal for the District of Nebraska are directed to dispose of said
properties in accordance with law.

DATED this 11th day of February, 2009

BY THE COURT:

s/ *RICHARD G. KOPF*, JUDGE
United States District Court